# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LINDA C. SHARPLESS

VERSUS

KENTELL SIMS AND KIMBERLY
SIMS

NO.   2025 CW 0732

AUGUST 26, 2025

---

In Re:   Kentell Sims and Kimberly Sims, applying for supervisory writs, 21st Judicial District Court, Parish of St. Helena, No. 25271.

---

BEFORE:   LANIER, WOLFE, AND HESTER, JJ.

WRIT DENIED.

WIL
CHH

Wolfe, J., would not consider the writ. This court is unable to ascertain whether the district court ruled on the evidentiary objection without a copy of the hearing transcript.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT